AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHNNY DEWAYNE FLOURNOY,

    Plaintiff,

V.

SMITH STATE PRISON and GEORGIA DEPARTMENT OF CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 623-048

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered October 17, 2023, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion and dismisses without prejudice Plaintiff's Complaint. Plaintiff is denied leave to proceed in forma pauperis on appeal. This case stands closed.

10/17/2023
Date

John E. Triplett, Clerk of Court
Clerk



(By) Deputy Clerk

GAS Rev 10/2020